UNITED STATES BANKRUPTCY COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| **Nicole L Williams,** | ) | **Bankruptcy Case:** 24- 11845-EPK |
| | ) | |
| Debtor | ) | |
| | ) | |
| **Nicole L Williams,** | ) | **Honorable:** |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **EDUCATION,** | ) | FILED-USBC, FLS-WPB |
| | ) | '24 FEB 27 AM 11:17 |
| Defendant | ) | |

**Complaint to Determine Dischargeability of Student Loan**

1. I, Nicole L Williams, bring this action, pro se, for the discharge of my federal student loan debt under the "undue hardship" provision set out in 11 U.S.C. $523(a)(8).

2. I filed a Chapter 7 Bankruptcy. This Court thus has jurisdiction over this action under 28 U.S.C. §1334. This proceeding is a core proceeding. I consent to the entry of final orders of judgment by the Bankruptcy Court in this matter.

3. These student loans, in their original amounts of $3554, $6093, $4093, $5020, $4351, $10858, $5041, and $4123, were incurred to pay tuition at keiser university to obtain a degree in nursing, McCann School of Business & Technology to obtain a degree in surgical technologist, cleveland institute of medical and dental assistants to obtain a degree in medical assistant, and Lakeland Community College to obtain a degree in nursing. I did not complete the degree in nursing at keiser university. I withdrew from the nursing program at keiser university. I did not complete the degree in surgical technologist at McCann School of Business & Technology . I withdrew from the surgical technologist program at McCann School of Business & Technology .  I did not complete the degree in nursing at Lakeland Community College . I withdrew from the nursing program at Lakeland

Community College .

4. My income is insufficient to meet my basic living expenses and pay back my student loan debt, as shown on Schedules I and J filed in this case.

5. **Future Inability to Repay Student Loans:**

    The court should presume that I will remain unable to repay my student loan debt in accordance with the presumption of hardship criteria outlined on page 9, section B of the "Departmental Guidance Regarding Student Loan Bankruptcy Litigation." This presumption is based on my experience of the hardships listed below.

    I. I have a disability or chronic injury impacting my income potential (Student Loan Discharge Guidance IV.B.2)

    1. I have multiple back injuries, had back surgery, which was messed up and now my back is still messed up and worse than before, Also my leg suffered damage during the surgery as well. I cannot stand longer than 10 mins, i cannot walk longer than 10 mins and i cannot sit longer than 20 mins before needing to stand up and move a little bit. My legs constantly give out on me causing me to fall.

    III. I have failed to obtain a degree for which the loan(s) were procured (Student Loan Discharge Guidance IV.B.4)

    1. Not obtaining this degree, made my income limits lower, I was unable to continue to pursue a well paying job.

6. I have demonstrated good faith with regard to repayment of my student loan debt.

    I. I have made payments totaling $1 on the loan identified as "McCann School of Business & Technology ."

    I have made payments totaling $1 on the loan identified as "McCann School of Business & Technology ."

    I have made payments totaling $1 on the loan identified as "Cleveland Institute of Dental - Medical Assistants ."

    I have made payments totaling $2 on the loan identified as "Cleveland Institute of Dental - Medical Assistants ."

    I have made payments totaling $81 on the loan identified as "Lakeland Community College ."

      I have made payments totaling $70 on the loan identified as "Lakeland Community College ."

  II. I have been on a student loan repayment program.

  III. I have made good faith efforts to obtain and maintain employment in addition to maximizing income and minimizing expenses in order to pay as much as possible toward my student loan debt.

7. Some of the unsecured debts I owe and listed in Schedule E/F are student loans owing to Defendant, the Department of Education. With accumulated interest, Defendant claims that the amount that was owed on the student loans when this case was filed was $43133.

8. The Defendant, the Department of Education, is responsible for the overall operation of the guaranteed federal student loan program.

WHEREFORE, I, the Debtor, request that this Court enter an Order declaring my student loan debt to be dischargeable in this case.

Date: 02/26/2024

Respectfully filed,

*[signature]*

Nicole L Williams

Pro Se Plaintiff

962 East Midway Road, Fort Pierce, FL 34982

nlwilliams4268@gmail.com

Service List

United States Attorney's Office
Attn: Civil Division for U.S. Department of Education
99 N.E. 4th Street
Miami, Fl. 33132

Attorney General of the United States
Department of Justice, Room B-103
950 Pennsylvania Ave NW
Washington DC 20530-0001

United States Department of Education
Attn: General Counsel
400 Maryland Avenue, SW
Washington, DC 20202

Office of the United States Trustee
51 SW First Avenue, Room 1204
Miami, FL 33130